196 So. 908

### Rena YOCUM v. STATE.
#### 6 Div. 686.

Court of Appeals of Alabama.
April 30, 1940.

Fred Jones, of Hamilton, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

198 So. 881

### Minnie Lee YOUNG v. STATE.
#### 6 Div. 561.

Court of Appeals of Alabama.
Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

195 So. 912

### Sam ZACHRY v. STATE.
#### 5 Div. 107.

Court of Appeals of Alabama.
April 2, 1940.

R. C. Wallace, of La Fayette, for appellant.

Thos. S. Lawson, Atty. Gen., and Jas. F. Matthews, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.